AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**May 19, 2026**

SEAN F. MCAVOY, CLERK

|  |  |
|---|---|
| CHARLES JOSEPH REEVIS, <br> *Plaintiff* <br> v. <br><br> SPOKANE COUNTY SUPERIOR COURT, EASTERN STATE HOSPITAL, and US DISTRICT COURT, <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) <br><br> Civil Action No.   2:26-cv-00073-EFS |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ _____ .

☑   other:   This action is DISMISSED without prejudice pursuant to LCivR 41(b)(2).

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision was reached.

☑   decided by Judge   Edward F. Shea _____

Date:   May 19, 2026 _____

CLERK OF COURT

s/Sean F. McAvoy
_____
*Signature of Clerk*